



## MEMORANDUM OPINION

No. 04-12-00078-CV

**IN RE** R. Wayne **JOHNSON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:  February 22, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On February 6, 2012, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-CI-13873, in the 225th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.